Michael Bleicher (SBN 313892)
michael.bleicher@zwillgen.com
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 706-5251

*Attorney for Defendant*
*Zenleads, Inc. d/b/a Apollo.io*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELLE COCHRANE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZENLEADS, INC., D/B/A APOLLO.IO,<br><br>Defendant. | Case No.: 25-cv-04970-WHO<br><br>Assigned to: Hon. William H. Orrick<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S AMENDED MOTION TO DISMISS**<br><br>Judge:  Hon. William H. Orrick<br>Hearing Date: January 7, 2026<br>Time:  2:00 p.m.<br>Courtroom:  2-17th Floor<br><br>Removed from San Francisco Superior Court Case No. CGC-25-624186 |

## [PROPOSED] ORDER

Defendant Zenleads, Inc., d/b/a Apollo.io's Amended Motion to Dismiss Plaintiff's Class Action Complaint was heard on January 7, 2026 at 2:00 p.m. before the Honorable William H. Orrick in Courtroom 2, 17th floor of the above-captioned Court. Having considered all the pleadings and papers on file in this action, all matters judicially noticeable, and such further documentary evidence and oral argument, and for good cause shown,

IT IS HEREBY ORDERED that Defendant's Amended Motion to Dismiss is GRANTED; and it is further

ORDERED that Plaintiff Janelle Cochrane's Complaint against Defendant Zenleads, Inc., d/b/a Apollo.io is dismissed with prejudice for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

**IT IS SO ORDERED.**

Dated: _____          _____
                                                Hon. William H. Orrick
                                                United States District Judge