Michael Bleicher (SBN 313892)
michael.bleicher@zwillgen.com
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585

*Attorney for Defendant*
*Zenleads, Inc. d/b/a Apollo.io*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELLE COCHRANE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>ZENLEADS, INC., D/B/A APOLLO.IO,<br><br>    Defendant. | Case No. 3:25-cv-4970<br><br>**DECLARATION OF MICHAEL BLEICHER IN SUPPORT OF AMENDED MOTION TO DISMISS**<br><br>Judge:      Hon. William H. Orrick<br>Hearing Date: January 7, 2026<br>Time:      2:00 p.m.<br>Courtroom:  2-17th Floor<br><br>Removed from San Francisco Superior Court Case No. CGC-25-624186 |

DECLARATION OF MICHAEL BLEICHER ISO AMENDED MOT. TO DISMISS
CASE NO. 3:25-cv-4970-WHO

**<u>DECLARATION OF MICHAEL BLEICHER</u>**

I, Michael Bleicher, declare as follows:

1.      I am a member of the State Bar of California and an attorney with ZwillGen PLLC, counsel of record for Defendant Zenleads, Inc. d/b/a Apollo.io ("Apollo"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of the Internet Archive's June 15, 2025 capture of the State of Colorado's Employee Directory Search website, which I caused to be obtained from https://web.archive.org/web/20250523170623/https://apps.colorado.gov/apps/oit/directory/start.jsf on November 18, 2025.

3.      Attached hereto as Exhibit B is a true and correct copy of an image posted to Facebook by Janelle Renee Cochrane on January 12, 2023, which I caused to be obtained from https://www.facebook.com/photo/?fbid=10219131706517134&set=pcb.10219131710317229 on November 18, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 25, 2025 at Washington, D.C.


By:  /s/ Michael Bleicher
     Michael Bleicher

1

DECLARATION OF MICHAEL BLEICHER ISO AMENDED MOT. TO DISMISS
CASE NO. 3:25-cv-4970-WHO