# Exhibit A

The Wayback Machine - https://web.archive.org/web/20250523170623/https://apps.colorado.gov/apps/oit/directory/start.jsf





# Welcome to the State of Colorado Employee Directory Search

Please enter the first name and/or last name of the staff member you are looking for below.

**\* First Name:**

**\* Last Name:**

> **\* Please enter at least two characters in either name field to search.**

Search

---

**Updating Directory Listings**

The directory is updated by monthly downloads from CPPS. If your information is incorrectly displayed in the directory, please contact your agency's Human Resources office to make the appropriate corrections. Directory corrections will appear in the month after the corrections were made in CPPS.

---

**Colorado Higher Education Directory Listings**
Links to the page to find staff and faculty directory information at Colorado's colleges and universities



Accessibility    |    Privacy Statement    |    Security Statement    |    Contact Us

