# Exhibit B

# facebook

Log In



**Janelle Renee Cochrane**
January 12, 2023 · 🌐

• • •

🟦 Like                    🟦 Comment



## Log in or sign up for Facebook to connect with friends, famil...

Log In          or          Create new account